MAGISTRATE JUDGE J KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL A JACKSON,<br><br>Plaintiff,<br><br>v<br><br>BRIAN GAIN, et al,<br><br>Defendants. | NO. C01-263FDB<br><br>DEFENDANTS' ANSWER TO PLAINTIFF'S CIVIL RIGHTS COMPLAINT AND DEMAND FOR JURY TRIAL |

COME NOW the Defendants, by and through their attorneys, CHRISTINE O GREGOIRE, Attorney General, and MICHAEL G. BALLNIK, Assistant Attorney General, and hereby submit their Answer to Plaintiff's Complaint

**I. PLACE OF CONFINEMENT**

1   Defendants admit that from April 5, 2001, to May 7, 2001, Plaintiff was incarcerated at the Washington Corrections Center in Shelton, Washington. Defendants deny that Plaintiff exhausted the administrative grievance process concerning the facts relating to this Complaint prior to bringing this action.

///

///



1

R

ATTORNEY GENERAL OF WASHINGTON
Criminal Justice Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445



## II. PARTIES

2   Defendants admit that the Plaintiff is Michael A. Jackson, Washington Department of Corrections Number 722278   Defendants admit that Plaintiff has named Dieter Burckhardt, Nancy Davies, Tracy Johnson, Eugene Ricker, Sharon Thach, James Tucker and Lawrence Turner as the Defendants in this action, and that these individuals are employed at the Washington Corrections Center in Shelton, Washington.

## III. STATEMENT OF THE CLAIM

In answer to **page 1** of the **Claim** section of Plaintiff's Complaint.

3   Defendants deny that Corrections Officer Turner assaulted him in his cell while he was sleeping on March 27, 2001

4.   Defendants admit that Corrections Officer Turner entered Plaintiff's cell, but deny that Corrections Officer Turner approached Plaintiff's bed and deny that Corrections Officer Turner was standing over the Plaintiff

5   Defendants deny that Corrections Officer Turner hit the Plaintiff in order to awaken him.

6   Defendants admit that Corrections Officer Turner informed Plaintiff that he could not remain in bed under the covers.

7.   Defendants admit that no other correctional officer was present and that the Plaintiff had no cellmate at this time

8.   Defendants deny that Plaintiff asked Corrections Officer Turner the reason he hit Plaintiff.

DEFENDANTS' ANSWER TO
PLAINTIFF'S CIVIL RIGHTS
COMPLAINT AND DEMAND FOR
JURY TRIAL

2

ATTORNEY GENERAL OF WASHINGTON
Criminal Justice Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

9. Defendants admit that Corrections Officer Turner left the cell and closed the door behind him.

10. Defendants admit that Plaintiff met with Sergeant Ricker on March 28, 2001, regarding the alleged assault by Corrections Officer Turner

11. Defendants admit that Sergeant Ricker spoke with Corrections Officer Turner regarding Plaintiff's allegations.

12. Defendants are without sufficient information and belief to respond to, and therefore deny, the assertion that Plaintiff contacted the United States Department of Justice regarding the alleged assault

13 Defendants deny that they took any action in response to the Plaintiff's alleged letter to the United States Department of Justice.

14. Defendants admit that Sergeant Ricker and Custody Unit Supervisor Nancy Davies met in the unit Sergeant's Office with the Plaintiff on April 5, 2001.

15 Defendants deny that Sergeant Ricker ordered corrections officers to take down the Plaintiff and handcuff him at the time Plaintiff entered the office

16. Defendants admit that Plaintiff attempted to run out of the unit Sergeant's Office, but deny that corrections officers approached the Plaintiff before he attempted to run out of the office.

17. Defendants admit that Plaintiff went through the office door, but deny that the Plaintiff was knocked through the office door by the corrections officers.

DEFENDANTS' ANSWER TO PLAINTIFF'S CIVIL RIGHTS COMPLAINT AND DEMAND FOR JURY TRIAL

3

ATTORNEY GENERAL OF WASHINGTON
Criminal Justice Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

1  18  Defendants are without sufficient information and belief to respond to, and therefore deny, any other allegations or assertions on page one of the Claim section of Plaintiff's Complaint.

In answer to **page 2** of the **Claim** section of Plaintiff's Complaint:

19. Defendants admit that Plaintiff was placed on the floor, but deny that Plaintiff was slammed to the floor and that unreasonable force was used to detain him.

20  Defendants deny that the Plaintiff was not informed to comply with their attempts to handcuff him by putting his hands behind his back.

21. Defendants are without sufficient information or belief to respond to, and therefore deny, the assertion that other inmates were walking around and that those inmates were told to return to their cells

22  Defendants admit that the Plaintiff was taken to the medical infirmary for a routine use of force examination.

23. Defendants deny that Plaintiff was caused any injury

24. Defendants admit that Plaintiff then was placed in the Intensive Management Unit

25  Defendants deny that Plaintiff was retaliated against at any time.

26  Defendants are without sufficient information and belief to respond to, and therefore deny, any other allegations or assertions on page two of the Claim section of Plaintiff's Complaint

/ / /

/ / /

DEFENDANTS' ANSWER TO
PLAINTIFF'S CIVIL RIGHTS
COMPLAINT AND DEMAND FOR
JURY TRIAL

4

ATTORNEY GENERAL OF WASHINGTON
Criminal Justice Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

In answer to **page 3** of the **Claim** section of Plaintiff's Complaint:

27. Defendants admit that an administrative segregation hearing was held on April 9, 2001 to determine the Plaintiff's custody classification level.

28. Defendants deny that Plaintiff was retaliated against at any time

29 Defendants are without sufficient information and belief to respond to, and therefore deny, any other allegations or assertions on page three of the Claim section of Plaintiff's Complaint not specifically admitted.

In answer to **page 4** of the **Claim** section of Plaintiff's Complaint:

30 Defendants admit that there was another administrative hearing on or about April 23, 2001, and that Mr Tucker and Mr Johnson were present at this hearing.

31. Defendants admit that Plaintiff initially was referred to the Washington State Penitentiary mental health unit.

32. Defendants admit that Plaintiff stated that he did not want to be transferred to the Washington State Penitentiary.

33. Defendants are without sufficient information and belief to respond to, and therefore deny, any other allegations or assertions on page four of the Claim section of Plaintiff's Complaint not specifically admitted.

In answer to **page 5** of the **Claim** section of Plaintiff's Complaint:

34. Defendants deny that Acting Superintendent Carol Porter told the Plaintiff on April 26, 2001, that he did not err in refusing to get on the bus to go to the Washington State Penitentiary that morning

DEFENDANTS' ANSWER TO
PLAINTIFF'S CIVIL RIGHTS
COMPLAINT AND DEMAND FOR
JURY TRIAL

5

ATTORNEY GENERAL OF WASHINGTON
Criminal Justice Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

35. Defendants admit that Plaintiff subsequently was referred to the Monroe Corrections Center Special Offender Center in Monroe, Washington.

36. Defendants deny that Plaintiff has been harassed or retaliated against.

37. Defendants are without sufficient information and belief to respond to, and therefore deny, any other allegations or assertions on page five of the Claim section of Plaintiff's Complaint.

38. Defendants deny all other allegations made by Plaintiff, except those specifically admitted above.

## IV. CLAIMS FOR RELIEF

39. Defendants deny that Plaintiff is entitled to any of the relief set forth in the **Relief** section of his Complaint.

## V. AFFIRMATIVE DEFENSES

**BY WAY OF FURTHER ANSWER AND AFFIRMATIVE DEFENSES, THE DEFENDANTS AFFIRMATIVELY ALLEGE THAT:**

40. The actions of prison officials further legitimate penological goals and are therefore constitutional even when infringing upon fundamental constitutional rights.

41. The Plaintiff failed to exhaust the administrative grievance process concerning all facts relating to the Complaint prior to bringing this action.

Wherefore, having fully answered the Complaint of the Plaintiff and having stated affirmative defenses, Defendants pray for judgment dismissing the Complaint and action with prejudice, directing that Plaintiff take nothing thereby and awarding the Defendants costs and reasonable attorney's fees herein.

DEFENDANTS' ANSWER TO
PLAINTIFF'S CIVIL RIGHTS
COMPLAINT AND DEMAND FOR
JURY TRIAL

6

ATTORNEY GENERAL OF WASHINGTON
Criminal Justice Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

1  Should the matter proceed to trial, Defendants demand that all issues of fact be
2  determined by a jury
3  DATED this __4TH__ day of September, 2001.

CHRISTINE O GREGOIRE
Attorney General

MICHAEL G. BALLNIK, WSB# 27422
Assistant Attorney General
Attorney for Defendants

DEFENDANTS' ANSWER TO
PLAINTIFF'S CIVIL RIGHTS
COMPLAINT AND DEMAND FOR
JURY TRIAL

7

ATTORNEY GENERAL OF WASHINGTON
Criminal Justice Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445



MAGISTRATE JUDGE J KELLEY ARNOLD

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| MICHAEL A JACKSON, | NO C01-263FDB |
|---|---|
| Plaintiff, | AFFIDAVIT OF SERVICE BY MAILING |
| v. | |
| BRIAN GAIN, et al, | |
| Defendants. | |

STATE OF WASHINGTON )
                    ) ss.
County of Thurston  )

BETTY A. GOOD, being first duly sworn on oath deposes and says:

That I am a citizen of the United States, over the age of eighteen years, and competent to be a witness herein.

That on the 4th day of September 2001, I deposited in the United States mail, postage prepaid, addressed as follows

MICHAEL A JACKSON, #722278
MONROE CORRECTIONAL COMPLEX
SPECIAL OFFENDER CENTER
PO BOX 514
MONROE WA 98272

---

AFFIDAVIT OF SERVICE BY MAILING         1          ATTORNEY GENERAL OF WASHINGTON
                                                   Criminal Justice Division
                                                   PO Box 40116
                                                   Olympia, WA 98504-0116
                                                   (360) 586-1445

1  copies of the following document(s):   DEFENDANTS' ANSWER TO PLAINTIFF'S CIVIL
2  RIGHTS COMPLAINT AND DEMAND FOR JURY TRIAL and AFFIDAVIT OF SERVICE BY
3  MAILING

*Betty A. Good*

6  SUBSCRIBED AND SWORN to before me this 4th day of September 2001

*Lisa A. Oekerman*
Lisa A. Oekerman (PRINTED NAME)
Notary Public in and for the
State of Washington My
Commission Expires: 1·27 03