MAGISTRATE JUDGE J. KELLEY ARNOLD

FILED LODGED RECEIVED
MAR 13 2002
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

MICHAEL A. JACKSON,

Plaintiff,

v.

BRIAN GAIN, et al.,

Defendants

NO. C01-263FDB

AFFIDAVIT OF BETTY GOOD IN SUPPORT OF MOTION TO EXTEND TIME UNDER FED R CIV. P. 6(b)

STATE OF WASHINGTON )
) ss.
County of Thurston )

BETTY GOOD, being first duly sworn on oath, deposes and says:

1. I am over the age of eighteen years, am competent to be a witness herein, and make this affidavit based on first hand knowledge.

2. I am the Legal Assistant assigned to Assistant Attorney General, Jennifer Treadwell Karol. Ms. Karol is the attorney co-assigned for the Defendants in this matter

3. Pursuant to this Court's order filed on September 7, 2001, Defendants' Summary Judgment Motion was to be filed and served on or before February 22, 2002.


CV 01 00263 #00000127



ATTORNEY GENERAL OF WASHINGTON
Criminal Justice Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

127

4. Ms Karol prepared Defendants' Summary Judgment Motion. On February 21, 2002, Ms Karol gave me a final copy of Defendants' Summary Judgment Motion, to prepare appropriate copies and envelopes for the Court and Plaintiff

5. I made the appropriate copies, addressed envelopes to the Court and Plaintiff, and placed the copies in the respective envelopes for the Court and Plaintiff.

6. I placed the envelope to Plaintiff in U S. Mail on February 21, 2002. Attached to this Affidavit as Attachment A is a true and correct copy of the Affidavit of Service to Plaintiff.

7. I gave Ms Karol the envelope for the Court.

8. Ms Karol delivered the envelope containing the appropriate copies of Defendants' Summary Judgment Motion to United Parcel Service on February 21, 2002.

9 On March 11, 2002, Ms. Karol and I discovered that the envelope had not reached the Court until February 26, 2002. I investigated the matter and determined that the envelope to the Court was improperly addressed I determined that United Parcel Service had delivered the envelope to the Court's correct address on February 26, 2002 Attached to this Affidavit as Attachment B is a true and correct copy of the tracking detail form I obtained from http://wwwapps.ups.com/etracking on March 11, 2002.

10. I realized that I had inadvertently put the incorrect address on the envelope to the Court. Attached to this Affidavit as Attachment C is a true and correct copy of the address label that I placed on the envelope mailed to the Court on February 21, 2002.

Betty Good
BETTY GOOD

SUBSCRIBED AND SWORN to before me this 12th day of March 2002

Mary Lou Gulden
Mary Lou Gulden
Notary Public in and for the State of Washington My Commission Expires: 8-12-02



ATTORNEY GENERAL OF WASHINGTON
Criminal Justice Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

MAGISTRATE JUDGE J KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL A. JACKSON, Plaintiff, v. BRIAN GAIN, et al., Defendants. | NO C01-263FDB AFFIDAVIT OF SERVICE BY MAILING |

STATE OF WASHINGTON )
) ss.
County of Thurston )

BETTY A. GOOD, being first duly sworn on oath deposes and says:

That I am a citizen of the United States, over the age of eighteen years, and competent to be a witness herein.

That on the 21st day of February 2002, I deposited in the United States mail, postage prepaid, addressed as follows:

MICHAEL A. JACKSON, #722278
MONROE CORRECTIONAL COMPLEX
SPECIAL OFFENDER CENTER
PO BOX 514
MONROE WA 98272



ATTORNEY GENERAL OF WASHINGTON
Criminal Justice Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

ATTACHMENT A

a copy of the following documents DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, SUMMARY JUDGMENT NOTICE - WARNING, (PROPOSED) ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, and AFFIDAVIT OF SERVICE BY MAILING

Betty A. Good

SUBSCRIBED AND SWORN to before me this 21st day of February 2002

Darlene Jacobs

Darlene Jacobs (Printed Name)
Notary Public in and for the State of Washington. My Commission Expires: 2-28-05



ATTORNEY GENERAL OF WASHINGTON
Criminal Justice Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445




# Tracking Detail

Status. **Delivered**
Delivered on· Feb 26, 2002 9:59 A.M
Signed by· HICKS
Location: RECEIVER
Delivered to: TACOMA, WA, US
Shipped or Billed on· Feb 21, 2002

Tracking Number: N584 2561 594
Service Type: NEXT DAY AIR
Weight: 4.00 Lbs

**PACKAGE PROGRESS**

| Date | Time | Location | Activity |
|---|---|---|---|
| **Feb 26, 2002** | 9 59 A M | FIFE-TACOMA, WA, US | DELIVERY |
| **Feb 25, 2002** | 6 12 P M | FIFE-TACOMA, WA, US | RECEIVER MOVED, NOT DELIVERED,ADDRESS CORRECTED, DELIVERY RESCHEDULED |
| | 6 11 P M. | FIFE-TACOMA, WA, US | RECEIVER MOVED, NOT DELIVERED |
| | 10 07 A M | FIFE-TACOMA, WA, US | COMPANY OR PERSON UNKNOWN, NOT DELIVERED |
| | 4 30 A M | FIFE, WA, US | OUT FOR DELIVERY |
| | 3·38 A M | FIFE, WA, US | ARRIVAL SCAN |
| **Feb 22, 2002** | 8.57 P M | FIFE, WA, US | OUT FOR DELIVERY |
| | 9 31 A M | FIFE-TACOMA, WA, US | COMPANY OR PERSON UNKNOWN, NOT DELIVERED |
| | 7 15 A M | FIFE, WA, US | OUT FOR DELIVERY |
| | 5 20 A M | FIFE, WA, US | ARRIVAL SCAN |
| | 2 35 A M | REDMOND, WA, US | DEPARTURE SCAN |
| **Feb 21, 2002** | 10 27 P M | REDMOND, WA, US | ARRIVAL SCAN |
| | 8 12 P M | TUMWATER, WA, US | DEPARTURE SCAN |
| | 8 01 P M | US | BILLING INFORMATION RECEIVED |
| | 6 09 P M | TUMWATER, WA, US | ORIGIN SCAN |
| | 5 15 P M | TUMWATER, WA, US | PICKUP SCAN |

Tracking results provided by UPS Mar 11, 2002 12:47 P.M Eastern Time (USA)



**UPS Next Day Air®**
**UPS Worldwide Express**
**Shipping Document**

See instructions on back Call 1-800-PICK-UPS (800-742-5877) for additional information

TRACKING NUMBER N584 256 159 4

**1 SHIPMENT FROM**

| SHIPPER'S UPS ACCOUNT NO. | UPS SHIPPER NO / UPS BILLING NO: JX8531 | FOR UPS USE |
|---|---|---|

REFERENCE NUMBER:

NAME: | TELEPHONE: 360-586-1445

COMPANY: ATT GEN OFFICE-CORRECTIONS

STREET ADDRESS: P.O. BOX 40116

CITY AND STATE: OLYMPIA WA | ZIP CODE: 98502

**2 EXTREMELY URGENT DELIVERY TO**

NAME: Janet Thornton, Clerk | TELEPHONE:

COMPANY: U.S. Dist. Ct. Western Dist, Tacoma

STREET ADDRESS: 950 Pacific Ave., Suite 300 | DEPT FLOOR:

CITY AND STATE (INCLUDE COUNTRY IF INTERNATIONAL): Tacoma WA | ZIP CODE: 98402

**3 WEIGHT AND ZONE**

| WEIGHT (ENTER "LTR" IF LETTER) | DIMENSIONAL WEIGHT (IF APPLICABLE) | ZONE |
|---|---|---|
| 4# | | |

SHIPPER'S COPY

**4 TYPE OF SERVICE**

[X] NEXT DAY AIR  [ ] WORLDWIDE EXPRESS (INTERNATIONAL)

FOR WORLDWIDE EXPRESS SHIPMENTS Mark an "X" in this box if shipment only contains documents of no commercial value. [ ] DOCUMENTS ONLY

**CHARGES**

**5 OPTIONAL SERVICES**

[ ] SATURDAY PICKUP See instructions  [ ] SATURDAY DELIVERY See instructions — $

[ ] DECLARED VALUE Contents are automatically protected up to $100. For declared value over $100 see instructions. $ AMOUNT — $

[ ] C.O.D. If C.O.D., enter amount to be collected and attach completed UPS C.O.D. tag to package. $ AMOUNT — $

**6 ADDITIONAL HANDLING CHARGE**

[ ] An Additional Handling Charge applies for certain items. See instructions. — $

**TOTAL CHARGES** — $

**7 METHOD OF PAYMENT**

| BILL SHIPPER | BILL RECEIVER | BILL THIRD PARTY | AMERICAN EXPRESS | MASTER CARD | VISA | CHECK | UPS USE (CASH) |
|---|---|---|---|---|---|---|---|
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

(Bill Receiver / Bill Third Party: Next Day Air Only — Record Account No. in Section 8)

**8** RECEIVER'S / THIRD PARTY'S UPS ACCT NO. OR MAJOR CREDIT CARD NO. | EXPIRATION DATE: /

THIRD PARTY'S COMPANY NAME:

STREET ADDRESS:

CITY AND STATE: | ZIP CODE:

**9** SHIPPER'S SIGNATURE: X Betty Good | DATE OF SHIPMENT: 2/21/02

Unless a greater value is declared in writing on this receipt, the shipper hereby declares and agrees that the released value of each package covered by this receipt is $100, which is a reasonable value under the circumstances surrounding the transportation. The rules relating to liability established by the Warsaw Convention and any amendments thereto shall apply to the international carriage of any shipment hereunder insofar as the same is governed thereby. In addition, the maximum value or declared value per package is $50,000 and the maximum carrier liability per package is $50,000. Claims not made to the carrier within 9 months of the scheduled delivery date are waived. The carrier shall not be liable for any special, incidental, or consequential damages. The entry of a C.O.D. amount is not a declaration of value. Customer's check accepted at shipper's risk unless otherwise noted on C.O.D. tag.

010191120 9/95 U

ATTACHMENT C