ENTERED
ON DOCKET

JUN 05 2002

BY DEPUTY

# United States District Court
## WESTERN DISTRICT OF WASHINGTON

FILED ____ LODGED
____ RECEIVED

JUN 0 5 2002

CLERK U.S. ___ ___ COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

MICHAEL A. JACKSON

v.

BRIAN GAIN, et al.,

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: C01-0263FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court **ADOPTS** the Report and Recommendation (Dkt. #137);

Defendant's Motion for Summary Judgment is **GRANTED**;

This action is **DISMISSED WITH PREJUDICE**.

June 5, 2002

BRUCE RIFKIN
Clerk

Deputy Clerk

*139*

car

United States District Court
for the
Western District of Washington
June 5, 2002


\* \* MAILING CERTIFICATE OF CLERK \* \*


Re:  2:01-cv-00263



True and correct copies of the attached were mailed by the clerk to the
following:


        Michael A Jackson
        SOC
        SPECIAL OFFENDER CENTER
        722278-C305
        PO BOX 514
        MONROE, WA   98272-0514
        USA

        Michael G Ballnik, Esq.
        ATTORNEY GENERAL'S OFFICE
        CRIMINAL JUSTICE DIVISION
        PO BOX 40116
        OLYMPIA, WA   98504-0116
        FAX 1-360-664-8716

        Jennifer L Treadwell Karol, Esq.
        ATTORNEY GENERAL'S OFFICE
        CRIMINAL JUSTICE DIVISION
        PO BOX 40116
        OLYMPIA, WA   98504-0116
        FAX 1-360-586-1319

        Carol A Murphy, Esq.
        ATTORNEY GENERAL'S OFFICE
        CRIMINAL JUSTICE DIVISION
        PO BOX 40116
        OLYMPIA, WA   98504-0116
        FAX 1-360-664-8716

        Judge Burgess

        Mag Judge Arnold

        Judgment Book